IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **NATIONAL ARCHIVES AND RECORDS** | ) |
| **ADMINISTRATION,** | ) |
| 8601 Adelphi Road, Room 5210 | ) |
| College Park, MD 20740-6001 | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT

1. Plaintiff, JASON LEOPOLD, brings this Freedom of Information Act suit to force Defendant NATIONAL ARCHIVES AND RECORDS ADMINISTRATION ("NARA") to produce documents about any Presidential records—including classified records—that were removed from the White House to Mar-a-Lago, potentially in violation of federal law. *See, e.g.,* Jonathan Franklin, *15 boxes of White House records have been recovered at Trump's Mar-a-Lago resort,* NPR (Feb. 7, 2022).

2. In violation of the Freedom of Information Act, NARA has failed to issue a determination, has failed to produce the records promptly, and has failed to provide an estimated date of completion for the requests.

## PARTIES

3. Plaintiff JASON LEOPOLD is an investigative journalist and made the FOIA requests at issue in this case.

4. Defendant NATIONAL ARCHIVES AND RECORDS ADMINISTRATION ("NARA") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## FEBRUARY 3, 2022 FOIA REQUEST (SHREDDED RECORDS)

7. On February 3, 2022, LEOPOLD submitted a FOIA request to NARA for the following records:

> [1] A list and/or spreadsheet similar document containing an inventory on the number of records sent to NARA by the Trump White House that were torn, shredded, and destroyed since January 20, 2017. These records would have been sent to NARA as part of the President's and his staffs' requirements under the Presidential Records Act;
> [2] A list and/or spreadsheet or similar document containing an inventory of number of records from the Trump White House that were restored between January 20, 2017 and January 20, 2021;
> [3] Records memorializing the number of hours NARA Archivists have spent restoring documents received by the Trump White House that were either shredded, torn, or destroyed between January 20, 2017 and January 20, 2021;
> [4] Documents reflecting an accounting of the money spent to restore Trump presidential records that were shredded, torn, destroyed;
> [5] Emails, text messages, letters, legal opinions, between NARA staff and the Trump White House mentioning or referring to Trump presidential records that were shredded, torn, destroyed. The timeframe for this part of the request is June 12, 2018 through January 20, 2021;
> [6] All records, such as emails, memos, letters, text messages, reports, memorializing discussions between NARA staff on the methods used to restore Trump Presidential records that were shredded, torn, and destroyed;
> [7] Photographs, should any exist, of all Trump presidential records that were sent to NARA that were shredded, torn, destroyed;
> [8] All correspondence between NARA and the January 6 Select Committee to investigate the attack on the Capitol related to Trump presidential records that were shredded, torn, destroyed, and restored with tape.

Ex. 1.

8. On March 4, 2022, NARA acknowledged receipt of the request and assigned reference number NGC 22-295 to the request. Ex. 2.

9. NARA also stated that it needs "additional time to respond" to the request "beyond the twenty business days provided by the FOIA statute." *Id.*

10. Having received no further correspondence from NARA regarding this request, LEOPOLD sought an estimated date of completion for the request on two separate occasions, on June 6, 2022, and June 14, 2022. Ex. 3.

11. On June 27, 2022, NARA stated that it hopes to have a response to the FOIA request "in the next 4 to 6 weeks." *Id.*

12. As of the date of this filing, NARA has failed to issue a determination letter and has failed to produce records responsive to the request. Nor has NARA complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated date of completion when requested.

## FEBRUARY 8, 2022 FOIA REQUEST
## (RETRIEVAL OF PRESIDENTIAL RECORDS)

13. On February 8, 2022, LEOPOLD submitted a FOIA request to NARA for the following records:

> [1] All records, with the exception of news clippings and press releases, relating or referring to NARA's planning, preparation and retrieval of Presidential records from Mar-a-Lago. Please be sure to include any and all photographs of presidential records that were recovered;
> [2] All emails, letters, memos, text messages, reports sent and received between NARA officials and officials representing former President Donald Trump relating or referring to Presidential records stored at Mar-a-Lago, discussions about the retrieval of those records, the Presidential Records Act and the ongoing search for Presidential records;
> [3] A list and/or spreadsheet or similar document containing an inventory of the records retrieved from Mar-a-Lago;
> [4] Documents reflecting an accounting of the money spent to retrieve Trump presidential records that were taken to Mar- a-Lago;

> [5] All records, with the exception of news clippings and press releases, mentioning or referring to descriptions of Trump Presidential records that were not turned over to NARA after former President Donald Trump left office;
> [6] Any and all letters, memos, reports, NARA officials and archivists have exchanged with other federal government agencies and congressional committees relating or referring to presidential records stored at Mar-a-Lago.

Ex. 4.

14.  On February 18, 2022, NARA acknowledged receipt of the request and assigned reference number NGC 22-285 to the request. Ex. 5.

15.  Having received no further correspondence from NARA regarding this request, LEOPOLD sought an estimated date of completion for this request on three separate occasions, on June 6, 2022, June 14, 2022, and June 27, 2022, but NARA never provided one for NGC 22-285. Ex. 3 at 1; Ex. 6; Ex. 3 at 2.

16.  As of the date of this filing, NARA has failed to issue a determination letter and has failed to produce records responsive to the request. Nor has NARA complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated date of completion when requested.

## FEBRUARY 10, 2022 FOIA REQUEST (INVESTIGATION REPORT)

17.  On February 10, 2022, LEOPOLD submitted a FOIA request to NARA for the following records:

> [1] Final reports of investigation and audits and reviews relating or referring to the presence of classified information contained in Presidential records removed from the Trump White House and retrieved from Mar-a-Lago by NARA officials; and final reports of investigation and audits relating or referring to missing Presidential records from the Trump White House;
> [2] All emails, memos, reports, text messages, letters, criminal referrals, exchanged between NARA Office of Inspector General and the Department of Justice and its components, including the FBI, CIA, Defense Intelligence Agency, National Security Agency, State Department, Department of Defense, and the Inspector General of the Intelligence Community, relating or referring to the presence of classified information contained in all presidential records retrieved from Mar-a- Lago by NARA officials;

      [3] All records, such as letters, memos, reports, exchanged with any Congressional committee relating or referring to presence of classified information contained in all presidential records retrieved from Mar-a-Lago by NARA officials.

Ex. 7.

    18.    On February 10, 2022, NARA acknowledged receipt of the request. NARA stated that it forwarded the request to NARA's Office of Inspector General ("NARA OIG") for a direct response to LEOPOLD. Ex. 8.

    19.    NARA OIG assigned reference number NARA OIG FOIA 22-13 to the request.

    20.    Having received no further correspondence from NARA OIG, LEOPOLD sought an estimated date of completion for the request on June 13, 2022. Ex. 9.

    21.    On June 21, 2022, NARA OIG stated that it is "trying to get an estimated date of completion from the other offices" it had to consult. *Id.*

    22.    As of the date of this filing, NARA OIG has failed to issue a determination letter and has failed to produce records responsive to the request. Nor has NARA OIG complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated date of completion when requested.

**COUNT I – FEBRUARY 3, 2022 FOIA REQUEST (SHREDDED RECORDS), NARA'S FOIA VIOLATION: FAILURE TO ISSUE A DETERMINATION**

    23.    The above paragraphs are incorporated herein.

    24.    The request seeks the disclosure of agency records and was properly made.

    25.    NARA is a federal agency and subject to FOIA.

    26.    Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

    27.    NARA has failed to issue a determination within the statutory deadline.

**COUNT II – FEBRUARY 3, 2022 FOIA REQUEST (SHREDDED RECORDS),
NARA'S FOIA VIOLATION:
FAILURE TO CONDUCT A REASONABLE SEARCH**

28. The above paragraphs are incorporated herein.

29. The request seeks the disclosure of agency records and was properly made.

30. NARA is a federal agency and is subject to FOIA.

31. NARA has failed to conduct a reasonable search for records responsive to the request.

**COUNT III – FEBRUARY 3, 2022 FOIA REQUEST (SHREDDED RECORDS),
NARA'S FOIA VIOLATION:
FAILURE TO PRODUCE RECORDS**

32. The above paragraphs are incorporated herein.

33. The request seeks the disclosure of agency records and was properly made.

34. NARA is a federal agency and subject to FOIA.

35. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

36. NARA has failed to produce records responsive to the request.

**COUNT IV – FEBRUARY 8, 2022 FOIA REQUEST
(RETRIEVAL OF PRESIDENTIAL RECORDS),
NARA'S FOIA VIOLATION: FAILURE TO ISSUE A DETERMINATION**

37. The above paragraphs are incorporated herein.

38. The request seeks the disclosure of agency records and was properly made.

39. NARA is a federal agency and subject to FOIA.

40. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

41. NARA has failed to issue a determination within the statutory deadline.

**COUNT V – FEBRUARY 8, 2022 FOIA REQUEST
(RETRIEVAL OF PRESIDENTIAL RECORDS),
NARA'S FOIA VIOLATION: FAILURE TO CONDUCT A REASONABLE SEARCH**

42. The above paragraphs are incorporated herein.

43. The request seeks the disclosure of agency records and was properly made.

44. NARA is a federal agency and subject to FOIA.

45. NARA has failed to conduct a reasonable search for records responsive to the request.

**COUNT VI – FEBRUARY 8, 2022 FOIA REQUEST
(RETRIEVAL OF PRESIDENTIAL RECORDS),
NARA'S FOIA VIOLATION: FAILURE TO PRODUCE RECORDS**

46. The above paragraphs are incorporated herein.

47. The request seeks the disclosure of agency records and was properly made.

48. NARA is a federal agency and subject to FOIA.

49. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

50. NARA has failed to produce records responsive to the request.

**COUNT VII – FEBRUARY 10, 2022 FOIA REQUEST (INVESTIGATION REPORT),
NARA OIG'S FOIA VIOLATION:
FAILURE TO ISSUE A DETERMINATION**

51. The above paragraphs are incorporated herein.

52. The request seeks the disclosure of agency records and was properly made.

53. NARA OIG is a component agency of NARA, a federal agency, and subject to FOIA.

54. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

55. NARA OIG has failed to issue a determination within the statutory deadline.

**COUNT VIII – FEBRUARY 10, 2022 FOIA REQUEST (INVESTIGATION REPORT), NARA OIG'S FOIA VIOLATION: FAILURE TO CONDUCT A REASONABLE SEARCH**

56. The above paragraphs are incorporated herein.

57. The request seeks the disclosure of agency records and was properly made.

58. NARA OIG is a component agency of NARA, a federal agency, and subject to FOIA.

59. NARA OIG has failed to conduct a reasonable search for records responsive to the request.

**COUNT IX – FEBRUARY 10, 2022 FOIA REQUEST (INVESTIGATION REPORT), NARA OIG'S FOIA VIOLATION: FAILURE TO PRODUCE RECORDS**

60. The above paragraphs are incorporated herein.

61. The request seeks the disclosure of agency records and was properly made.

62. NARA OIG is a component agency of NARA, a federal agency, and subject to FOIA.

63. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

64. NARA OIG has failed to produce records responsive to the request.

**WHEREFORE**, LEOPOLD asks the Court to:

  i. declare that NARA has violated FOIA;

  ii. order NARA to conduct a reasonable search for records;

  iii. order NARA to produce all non-exempt records responsive to the request or portions of records promptly;

  iv. enjoin NARA from withholding non-exempt public records under FOIA;

  v. award JASON LEOPOLD attorneys' fees and costs; and

- 9 -

    vi.    award any other relief the Court considers appropriate.

Dated: July 1, 2022

RESPECTFULLY SUBMITTED,

/s/ *Matthew V. Topic*

Attorney for Plaintiff,
JASON LEOPOLD

Matthew Topic, D.C. Bar No. IL 0037
Josh Loevy, D.C. Bar No. IL0105
Merrick Wayne, D.C. Bar No. IL 0058
Shelley Geiszler D.C. Bar No. IL 0087
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com